**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| GAVIN NEWSOM, *in his official capacity as Governor of the State of California*; STATE OF CALIFORNIA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*; PETER HEGSETH, *in his official capacity as Secretary of the Department of Defense*; UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendants-Appellants. | No. 25-5553 |

**CIRCUIT RULE 27-3 CERTIFICATE**

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Attorneys' contact information**

*Counsel for Defendants-Appellants:*

Sharon Swingle (Sharon.swingle@usdoj.gov)
Anna O. Mohan (anna.mohan@usdoj.gov)
J. Kain Day (j.kain.day@usdoj.gov)
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-2689

*Counsel for Plaintiffs-Appellees:*

James Edward Stanley (James.Stanley@doj.Ca.Gov)
California Department of Justice
1300 I Street
Sacramento, CA 95814
916-210-6475

Laura L. Faer (Laura.Faer@doj.Ca.Gov)
Office of the Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612
510-879-0092

Meghan Strong (Meghan.Strong@doj.Ca.Gov)
California Department of Justice
455 Golden Gate Avenue Suite 11000
San Francisco, CA 94102
415-510-3877

Anya Binsacca (Anya.Binsacca@doj.Ca.Gov)
California Department of Justice
455 Golden Gate Ave. Ste. 11000
San Francisco, CA 94102
415-510-4417

Barbara Horne-Petersdorf (Barbara.Hornepetersdorf@doj.Ca.Gov)
California Department of Justice
300 S. Spring Street Ste 9th Floor
Los Angeles, CA 90013
213-269-6667

Brendan Hamme (Brendan.Hamme@doj.Ca.Gov)
California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
213-269-6598

Jane Reilley (Jane.Reilley@doj.Ca.Gov)
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3879

Kendal Leigh Micklethwaite (Kendal.Micklethwaite@doj.Ca.Gov)
Office of The Attorney General
1300 I Street
Sacramento, CA 95814
417-414-4368

Lorraine Lopez (Lorraine.Lopez@doj.Ca.Gov)
Office of the Attorney General of the State of California
300 S. Spring Street
Los Angeles, CA 90013
213-269-6616

Luke Freedman (Luke.Freedman@doj.Ca.Gov)
Office of The Attorney General
300 S. Spring Street
Los Angeles, CA 90013
206-276-0621

Marissa Suzanne Malouff (Marissa.Malouff@doj.Ca.Gov)
California Department of Justice
300 S. Spring Street, Suite 12228a
Los Angeles, CA 90013
213-269-9647

Megan Richards (Megan.Richards@doj.Ca.Gov)
California Attorney General's Office, California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3526

Nicholas David Espiritu (Nicholas.Espiritu@doj.Ca.Gov)
California Department of Justice
Civil Rights Enforcement Section 1515 Clay Street, Suite 2000
Oakland, CA 94612
510-879-3908

Nicholas Reiss Green (Nicholas.Green@doj.Ca.Gov)
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3597

Robin L. Goldfaden (robin.goldfaden@doj.ca.gov)
California Department of Justice
455 Golden Gate Avenue, Suite 1100
San Francisco, CA 94102-7004
415-510-3543

**(2) Existence and nature of the emergency**

On September 2, 2025, the district court entered an extraordinary order that interjects the court into the military chain of command and superintends the Executive Branch's control over lawfully federalized National Guard members, who have been deployed to protect federal officers and property from mob violence. The accompanying motion requires resolution on an emergency timeframe because the district court's order exceeds the court's authority, misconstrues the Posse Comitatus Act, impermissibly intrudes on the authority that Congress vested in the President as Commander in Chief, and threatens the safety of federal personnel.

The accompanying motion could not have been filed earlier. The district court entered its order on September 2, 2025. The federal government noticed an appeal and filed this motion on September 3, 2025.

**(3) Notice to opposing parties**

Prior to filing this motion, defendants contacted counsel for plaintiffs and informed them of defendants' intent to seek a stay pending appeal. Plaintiffs oppose any stay, beyond the 10-day stay that the district court already provided for in its order. Upon filing this motion, defendants will provide a service copy to plaintiffs' counsel via email.

**(4) Relief sought in district court**

Defendants requested that "the Court stay any injunction entered pending appeal authorized by the Solicitor General and at a minimum administratively stay any such order for seven days." D. Ct. Dkt. 134 at 26; *see also* D. Ct. Dkt. 84 at 29-30. The district court stayed its order until 12:00 PM PT on September 12, 2025.

　　　　　　　　　　　　　　　　　*/s/ J. Kain Day*
　　　　　　　　　　　　　　　　　J. KAIN DAY