**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California and STATE OF CALIFORNIA, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | No. 25-5553 <br><br> D.C. No. 3:25-cv-04870-CRB <br> Northern District of California, San Francisco <br><br> ORDER |

Before: BENNETT, MILLER, and SUNG, Circuit Judges.

The court has received the government's emergency motion for stay pending appeal. Dkt. No. 5. The request for an administrative stay is GRANTED. The district court's September 2, 2025, order is temporarily stayed pending further order. The court's administrative stay "is only intended to preserve the status quo until the substantive motion for a stay pending appeal can be considered on the merits, and does not constitute in any way a decision as to the merits" of the appeal. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).