# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-5553

**Case Name** Newsom, et al. v. Trump, et al.

**Counsel submitting this form** J. Kain Day

**Represented party/parties** President Donald J. Trump, et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

On June 7, 2025, the President signed a memorandum activating members of the California National Guard to protect federal personnel and property. The President found that "[n]umerous incidents of violence and disorder have recently occurred and threaten to continue" in response to ICE and other officials' enforcement of federal law. "In addition, violent protests threaten the security of and significant damage to Federal immigration detention facilities and other Federal property." "In light of these incidents and credible threats of continued violence," the President invoked 10 U.S.C. 12406 to mobilize the National Guard "to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property."

Based on the President's order, Secretary of Defense Hegseth federalized National Guard members and deployed several hundred Marines.

Plaintiffs sued alleging that, among other things, the defendants violated the Posse Comitatus Act, 18 U.S.C. § 1385.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7                                                                  Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

On September 2, 2025, the district court enjoined Secretary Hegseth and the Department of Defense "from deploying, ordering, instructing, training, or using the National Guard currently deployed in California, and any military troops heretofore deployed in California, to execute the laws, including but not limited to engaging in arrests, apprehensions, searches, seizures, security patrols, traffic control, crowd control, riot control, evidence collection, interrogation, or acting as informants, unless and until [d]efendants satisfy the requirements of a valid constitutional or statutory exception, as defined herein, to the Posse Comitatus Act." The court stayed its injunction until noon on September 12, 2025 and entered partial final judgment for plaintiffs.

On September 4, 2025, this Court administratively stayed the injunction pending resolution of defendants' motion for a stay pending appeal.

Defendants challenge the injunction on appeal.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Newsom v. Trump, No. 25-3727 (9th Cir.), challenging a prior temporary restraining order entered by the district court.

Newsom v. Trump, 141 F.4th 1032 (9th Cir. 2025), granting stay pending appeal in No. 25-3727.

Newsom v. Trump, No. 3:25-cv-04870 (N.D. Cal), the district court proceedings that gave rise to this appeal and the prior appeal.

**Signature** /s/ J. Kain Day     **Date** 09/22/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 7                                                                        Rev. 09/01/22

2