No. 25-5553

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————

GAVIN NEWSOM, *et al.*,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *et al.*,
*Defendants-Appellants*.

———————————

**On Appeal from the United States District Court
for the Northern District of California**
No. 3:25-cv-04870
The Honorable Charles R. Breyer

———————————

## JOINT STATUS REPORT

———————————

ROB BONTA
  *Attorney General of California*
SAMUEL T. HARBOURT
  *Solicitor General*
HELEN H. HONG
  *Principal Deputy Solicitor General*
THOMAS S. PATTERSON
MICHAEL L. NEWMAN
  *Senior Assistant Attorneys General*
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
  *Supervising Deputy Attorneys
  General*

AARON D. PENNEKAMP
JANE REILLEY*
  *Deputy Solicitors General*
BRENDAN M. HAMME
BARBARA HORNE-PETERSDORF
MEGHAN H. STRONG
  *Deputy Attorneys General*
HALEY L. AMSTER
  *Associate Deputy Solicitor General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
  455 Golden Gate Avenue
  Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3879
  Jane.Reilley@doj.ca.gov
  *Attorneys for Plaintiffs-Appellees*

1

Pursuant to the Court's January 12, 2026 order, Dkt. 39.1, granting Plaintiffs' unopposed motion to hold this appeal in abeyance pending the resolution of the related appeals in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, and *Oregon v. Trump*, Nos. 25-6268 and 25-7194, and directing the parties to file status reports at 60-day intervals, Plaintiffs and Defendants jointly file this status report.

As noted in the parties' prior status reports, Dkt. 44.1 and 45.1, the Court granted Defendants' motion to dismiss the consolidated appeals in *Oregon v. Trump* on February 17, 2026. Case No. 25-7194, Dkt. 28.1. However, the related appeals in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, remain pending. The parties agree that the Court should continue to hold this appeal in abeyance pending resolution of the related appeals in *Newsom v. Trump*.

Dated:  July 10, 2026          Respectfully submitted,

          */s/ Jane Reilley*

JANE REILLEY
  *Deputy Solicitor General*

SAMUEL T. HARBOURT
  *Solicitor General*
HELEN H. HONG
  *Principal Deputy Solicitor General*
THOMAS S. PATTERSON
MICHAEL L. NEWMAN
  *Senior Assistant Attorneys General*
AARON D. PENNEKAMP
  *Deputy Solicitor General*
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
  *Supervising Deputy Attorneys General*
BRENDAN M. HAMME
BARBARA HORNE-PETERSDORF
MEGHAN H. STRONG
  *Deputy Attorneys General*
HALEY L. AMSTER
  *Associate Deputy Solicitor General*

3

Dated:  July 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*
ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*
MARK R. FREEMAN
SHARON SWINGLE
J. KAIN DAY

*/s/ Andrew M. Bernie*

ANDREW M. BERNIE
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-3511*
  *andrew.bernie@usdoj.gov*

4